**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Mark James Savoy
Pro Se DOC No. 580262
2810 Neco Town Road Lot # 6
New Iberia LA 70560

**REHEARING ACTION: July 18, 2018**

**Docket Number: 18   00043-KH**

**STATE OF LOUISIANA**
**VERSUS**
**MARK JAMES SAVOY**

**Writ Application from St. Landry Parish Case No. 07-K-0206**

**BEFORE JUDGES:**

> **Hon. Shannon J. Gremillion**
> **Hon. Phyllis M. Keaty**
> **Hon. D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Mark James Savoy** is:

> **REHEARING DENIED.**  *See* Uniform Rules – Courts  of Appeal,  Rule 2-18.7.
> Relator may resubmit the writ application and provide the missing documents
> noted by this court in it's ruling of April 10, 2018.

> Savoie, J., concurs.

cc: Earl B. Taylor, Counsel for  the Respondent